**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-7329**

———————

UNITED STATES OF AMERICA,

     Plaintiff - Appellee,

  v.

DARRYLE EDWARD ROBERTSON, a/k/a Tiger

     Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:01-cr-00304-JFM-3)

———————

Submitted: December 16, 2014   Decided: December 19, 2014

———————

Before DUNCAN and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Darryle Edward Robertson, Appellant Pro Se. John Francis Purcell, Jr., Assistant United States Attorney, Stephen Schenning, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darryle Edward Robertson, Jr., seeks to appeal the district court's order rescinding the order granting his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Robertson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED